**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOHNNY DEAN, SR. | CIVIL ACTION |
| VERSUS | NO. 16-14254 |
| SEA SUPPLY, INC., ET AL | SECTION: L (3) |

<u>J U D G M E N T</u>

Considering the Court's Findings of Fact and Conclusions of Law entered herein on July 12, 2018, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that on the basis of the above Findings of Facts and Conclusions of Law, there be judgment in favor Defendants, Sea Supply, Inc., Sea Supply, Inc. COB and the M/V Jessica Elizabeth, and against Plaintiff Johnny Dean, Sr., dismissing Plaintiff's claims for damages based on the Jones Act and general maritime law, with prejudice, with each party to bear their own costs.

IT IS FURTHER ORDERED that Plaintiff is entitled to Maintenance and Cure until he reaches maximum cure.

New Orleans, Louisiana, this 13th day of July, 2018.

Eldon E. Fallon

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**